**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Britteny Frederick, et al.
                      Plaintiff,

v.                                          Case No.: 1:21−cv−02190
                                                                       Honorable Robert M. Dow Jr.

Examsoft Worldwide, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 21, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the Notice of Voluntary Dismissal of claims against Defendant [18] filed on 10/20/2021, this action is dismissed without prejudice. Each party will bear their own costs. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.